# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICKI PIONTEK, | |
| PLAINTIFF, | No. 3:10-CV-1038 |
| v. | |
| | (JUDGE CAPUTO) |
| PENN SECURITY BANK AND TRUST COMPANY, | (MAGISTRATE JUDGE PRINCE) |
| DEFENDANT. | |

## ORDER

**NOW** this 18th day of March, 2011, upon review of the report and recommendation of Magistrate Judge William T. Prince (Doc. No. 17) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. No. 17) is **ADOPTED.**

(2) The defendant's motion for summary judgment (Doc. No. 9) is **GRANTED.** The clerk of court shall enter judgment in favor of the defendant and against the plaintiff.

(3) The clerk of court is directed to mark this matter **CLOSED.**

FILED
SCRANTON

MAR 1 8 2011

Per_____
DEPUTY CLERK

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge